WILMER CUTLER PICKERING
  HALE AND DORR LLP
Jonathan A. Shapiro (SBN 257199)
Jonathan.shapiro@wilmerhale.com
Michael A. Mugmon (SBN 251958)
michael.mugmon@wilmerhale.com
1117 S. California Avenue
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile:  (650) 858-6100

*E-FILED 06-11-2010*

*Attorneys for Defendants Ivy Asset Management Corp.
and the Bank of New York Mellon Corp.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| STEPHEN C. SCHOTT, as TRUSTEE FOR THE STEPHEN C. SCHOTT 1984 TRUST,<br><br>Plaintiff,<br><br>v.<br><br>IVY ASSET MANAGEMENT CORP.; THE BANK OF NEW YORK MELLON CORP.; and DOES 1 through 10,<br><br>Defendants. | Case No.  5:10-cv-01562-HRL<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION MODIFYING DEADLINES BY WHICH TO RESPOND TO THE COMPLAINT |

1  Having reviewed the parties' joint filing submitted on June 2, 2010, and good cause
2  appearing therefore,

3  IT IS HEREBY ORDERED that:

4  Defendants Ivy and Mellon shall have until June 11, 2010 by which to file a motion to
5  transfer this case.

6  IT IS FURTHER ORDERED that, if the Court Denies the motion to transfer the case,
7  Defendants Ivy and Mellon need not answer, move against, or otherwise plead to the Complaint
8  until 20 days from entry of the Court's order denying the motion to transfer the case.

9  **IT IS SO ORDERED.**

11  DATED:   June  11 , 2010

   _____
   HONORABLE HOWARD LLOYD
   UNITED STATES MAGISTRATE JUDGE

5:10-cv-01562-HRL                           2.                      [PROPOSED] ORDER MODIFYING
                                                                    DEADLINES BY WHICH TO RESPOND
                                                                    TO COMPLAINT