*E-FILED 06-14-2010*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHEN C. SCHOTT, as TRUSTEE FOR THE STEPHEN C. SCHOTT 1984 TRUST,<br><br>      Plaintiff,<br>   v.<br><br>IVY ASSET MANAGEMENT CORP.; THE BANK OF NEW YORK MELLON CORP.; and DOES 1 through 10,<br><br>      Defendants. | No. C10-01562 HRL<br><br>**ORDER RE DEADLINE FOR CONSENT OR DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

The parties are reminded that this case has been assigned to a magistrate judge. **No later than June 25, 2010**, each party shall file either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. *See* Civ. L.R. 73-1. The forms are available from the Clerk of the Court and on the court's website at www.cand.uscourts.gov.

SO ORDERED.

Dated:   June 14, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1   5:10-cv-01562-HRL Notice has been electronically mailed to:

2   Anthony B. Gordon    law@anthonybgordon.com, lindagordon@socal.rr.com

3   Jonathan Acker Shapiro    jonathan.shapiro@wilmerhale.com

4   Michael A Mugmon    michael.mugmon@wilmerhale.com

5   Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.