| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP<br>Jonathan A. Shapiro (SBN 257199)<br>jonathan.shapiro@wilmerhale.com<br>Michael A. Mugmon (SBN 251958)<br>michael.mugmon@wilmerhale.com<br>1117 S. California Avenue<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 | *E-FILED 06-17-2010* |

*Attorneys for Defendants Ivy Asset Management Corp. and the Bank of New York Mellon Corp.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| STEPHEN C. SCHOTT, as TRUSTEE FOR THE STEPHEN C. SCHOTT 1984 TRUST,<br><br>Plaintiff,<br><br>v.<br><br>IVY ASSET MANAGEMENT CORP.; THE BANK OF NEW YORK MELLON CORP.; and DOES 1 through 10,<br><br>Defendants. | Case No. 5:10-cv-01562-HRL<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION CONTINUING DEADLINES AND INITIAL CASE MANAGEMENT CONFERENCE AND RENOTICING HEARING DATE FOR MOTION FOR CHANGE OF VENUE |

Having reviewed the parties' joint filing submitted on June 15, 2010, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The deadlines set forth in the Court's April 12, 2010 Order Setting Initial Case Management Conference and ADR Deadlines are continued until further notice.

2. The Initial Case Management Conference scheduled for July 6, 2010 at 10 a.m. is continued until further notice.

3. The hearing on Defendants Ivy and BNY Mellon's Motion to Change Venue is renoticed for September 14, 2010.

- 1 -

1  **IT IS SO ORDERED.**

Date: _____June 17_____, 2010

_____
THE HONORABLE HOWARD R. LLOYD
United States Magistrate Judge