WILMER CUTLER PICKERING
  HALE AND DORR LLP
Jonathan A. Shapiro (SBN 257199)
jonathan.shapiro@wilmerhale.com
Michael A. Mugmon (SBN 251958)
michael.mugmon@wilmerhale.com
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Defendants Ivy Asset Management Corp.
and the Bank of New York Mellon Corp.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| STEPHEN C. SCHOTT, as TRUSTEE FOR THE STEPHEN C. SCHOTT 1984 TRUST,<br><br>Plaintiff,<br><br>v.<br><br>IVY ASSET MANAGEMENT CORP.; THE BANK OF NEW YORK MELLON CORP.; and DOES 1 through 10,<br><br>Defendants. | Case No. 5:10-cv-01562-LHK<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION MODIFYING REASSIGNMENT ORDER |

Having reviewed the parties' joint filing submitted on August 6, 2010, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The August 18, 2010 deadline by which the parties must file a Joint Case Management Conference Statement is continued until further notice.

2. Schott's Opposition to the Motion to Change Venue shall be due no later than September 9, 2010.

3. Defendants Ivy and BNY Mellon's Reply to the Opposition to the Motion to Change Venue shall be due no later than September 23, 2010.

- 1 -

4.     If the Court denies the Motion to Change Venue, Defendants Ivy and BNY Mellon may file a motion to dismiss the Complaint no later than 20 days from entry of this Court's order denying the Motion to Change Venue.

**IT IS SO ORDERED.**

Date: _____August 13_____, 2010

_____
THE HONORABLE LUCY H. KOH
United States District Judge