RECEIVED

SEP 2 1 2010

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

3

| | |
|---|---|
| STEPHEN C. SCHOTT, as TRUSTEE FOR THE STEPHEN C. SCHOTT 1984 TRUST,<br><br>Plaintiff,<br><br>v.<br><br>IVY ASSET MANAGEMENT CORP.; THE BANK OF NEW YORK MELLON CORP.; and DOES 1 through 10,<br><br>Defendants. | Case No. 5:10-cv-01562-LHK<br><br>[~~PROPOSED~~] ORDER GRANTING ADMISSION OF JEFFREY A. ROSENTHAL *PRO HAC VICE* |

4

5

6

7

8

9

10    Jeffrey A. Rosenthal, an active member in good standing of the bars of the State of New

11  Jersey and the State of New York, Second Department, whose business address and telephone

12  number is: Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006,

13  (212) 225-2000, having applied in the above-entitled action for admission to practice in the

14  Northern District of California on a *pro hac vice* basis, representing IVY ASSET

15  MANAGEMENT CORP. and THE BANK OF NEW YORK MELLON CORP.

16    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

17  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

18  *vice*. Service of papers upon and communication with co-counsel designated in the application

19  will constitute notice to the party. All future filings in this action are subject to the requirements

20  contained in General Order No. 45, *Electronic Case Filing*.

21

22  Dated: September 23, 2010

*Lucy H. Koh*
Lucy H. Koh
United States District Judge

23

24

25

26

27

28

